| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MADOFF TECHNOLOGIES LLC, MADOFF BROKERAGE & TRADING TECHNOLOGY, LLC, PRIMEX HOLDINGS, LLC, RUTH MADOFF, PETER MADOFF, MARK MADOFF, ANDREW MADOFF, SHANA MADOFF, JENNIFER DICKSON, ALBERTO CASANOVA, and THE ALBERTO CASANOVA REVOCABLE LIVING TRUST,<br><br>Defendants. | Adv. Pro. No. 10-03483 (BRL) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by the undersigned that the time by which the Defendants may move, answer or otherwise respond to the Amended Complaint is extended up to and including November 23, 2010. The pre-trial conference, previously scheduled for October 21, 2010, will be held on November 30, 2010 at 10:00 a.m.

The parties to this stipulation reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect any such rights and defenses, including challenges to personal jurisdiction, the jurisdiction of the Court in this Court or and other Court.

This stipulation may be executed in any number of counterparts and all such counterparts shall together constitute one and the same agreement.

Dated: New York, New York  By: /s/ *Regina Griffin* ___
      October 5, 2010  Howard L. Simon (hsimon@windelsmarx.com)
Regina Griffin (rgriffin@windelsmarx.com)
Stacey A. Bell (sbell@windelsmarx.com)
Windels Marx Lane & Mittendorf LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the SIPA Liquidation of Bernard L. Madoff Investment Securities LLC*

MADOFF TECHNOLOGIES LLC

Dated: New York, New York  By: /s/ *Peter B. Madoff* ___
      October 5, 2010  Peter B. Madoff, Manager of Madoff Technologies LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110
Tel: (212) 921-8399
Fax: (212) 764-3701

MADOFF BROKERAGE & TRADING TECHNOLOGY LLC

Dated: New York, New York  By: /s/ *Peter B. Madoff* ___
      October 5, 2010  Peter B. Madoff, Manager of Madoff Brokerage & Trading Technology LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110
Tel: (212) 921-8399
Fax: (212) 764-3701

PRIMEX HOLDINGS LLC

Dated: New York, New York  By: /s/ *Peter B. Madoff* ___
      October 5, 2010  Peter B. Madoff, Manager of Primex Holdings, LLC
c/o Lankler Siffert & Wohl LLP
500 Fifth Avenue, 33rd Floor
New York, NY 10110
Tel: (212) 921-8399
Fax: (212) 764-3701

SO ORDERED:

DATED: New York, New York  */s/Burton R. Lifland*
       October 15, 2010  Honorable Burton R. Lifland
                                                       United States Bankruptcy Judge